UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RAFIQ SABIR *et al*, : | |
|     *Plaintiffs*, : | |
| : | No. 3:17-CV-00749 (VAB) |
| v. : | |
| : | |
| D.K. WILLIAMS, *et al*, : | |
| : | |
|     *Defendants*. : | |
| : | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Rafiq Sabir and James J. Conyers, by and through their undersigned counsel, and Defendants D.K. Williams and Herman Quay, by and through their undersigned counsel, and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. The parties have entered into a settlement agreement resolving all claims and defenses in the above-captioned case.

Dated: June 29, 2023        Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO, JR.
Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

*/s/ Reginald M. Skinner*
REGINALD M. SKINNER
Senior Trial Attorney
Virginia State Bar. No. 48785
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044

Tel: (202) 616-3111
Fax: (202) 616-4314
Email: reginald.m.skinner@usdoj.gov

*Counsel for the Individual-Capacity Defendants D.K. Williams and Herman Quay*


*/s/ Christopher Godshall-Bennett*
CHRISTOPHER GODSHALL-BENNETT
Attorney
District of Columbia Bar No.: 1780920
Muslim Advocates
P.O. Box 34440
Washington, D.C. 20005
Tel: (202) 897-1892
Email: christoper@muslimadvocates.org

*Counsel for Plaintiffs*